1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                     NORTHERN DISTRICT OF CALIFORNIA

7

8    ROBERT M. GONZALES,                    No. C 07-3351 SI (pr)

9              Plaintiff,                   **JUDGMENT**

10         v.

11   SUPULVEDA, Director; et al.,

12             Defendants.
                                    /
13   ────────────────────────────────

14        This action is dismissed without prejudice to plaintiff filing an action after he has

15   exhausted administrative remedies for all claims asserted therein.

16

17        IT IS SO ORDERED AND ADJUDGED.

18

19   Dated: January 31, 2008                    _____
20                                                 SUSAN ILLSTON
                                                United States District Judge
21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California