United States District Court
Northern District of California.

Robert Gonzales.
Plaintiff.

Vs.

Chief officer
Supulveda.
Defendant

Case No. C07 3351-SIPR

Status of Civil Rights Complaint 42 USC 1983. Act

**FILED**
MAR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Comes now The Plaintiff appearing In The above entitled Caption. Cause of action with a motion. To Inquire In To The Status. of my Case above,

Dear Clerk
On or about June 07 of Last Year The Plaintiff was Incarcerated at The Santa Clara County Jail,
Now The Plaintiff had filed a Civil rights Complaint Under The 42-USC 1983 Civil rights Act,
It's now going on 8. months & The Courts have failed by not sending.

The Plaintiff a return, Till This Day a ruling by The Northern District Court has Yet To be Lodged. The Plaintiff would So. move This Court To Please Respond without further delay.

"Question?"

has There been a magistrate Judge assighned. To The aforementioned Case

if "Yes" Then Please Send. me The name of Judge,

I would ask That This. Court Please send me a. ruling or That any action. Taken In This Case be Sent To The below address,

Robert Gonzales.
1263 Sonoma ave
Sea Side Ca, 93955.

This would be The Plaintiff's 3rd. letter / motion. To this court asking for The Status of my ~~ana~~ Civil action,

Respectfully Submitted.

2/28/08    Robert Gonzales
Robert Gonzales.
Plaintiff.

Dear Clerk,

Inclosed you will find a motion to the Northern District Court about a status check. Please file for me

Thank you so Kindly

Robert Gonzales
Robert Gonzales.

Pro-se litigant