Robert Gonzales
1263 Sonoma ave
SeaSide Ca, 93955

SAN JOSE CA 951
01 MAR 2008 PM 3
USA 41

94102+3333 G000

clerk of The Courts.
United States District Court
Northern District of California.
450 Golden gate ST
Po Box 36060
San Francisco Ca, 94102

